IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELBERT MELTON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:23-CV-583-RAH |
| ) | |
| HOUSTON CO., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

On July 23, 2024, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 42.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 42) is ADOPTED;

2. This case is DISMISSED due to lack of subject matter jurisdiction; and

3. The pending motions (Docs. 25, 27, 29, 40, & 44) are DENIED as moot.

DONE, on this the 4th day of September 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE